JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LIDO MUSIC, INC., VAN HALEN MUSIC and VIC MIZZY D/B/A UNISON MUSIC COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>J FLYNN GROUP, LLC and JACK KEALOHA FLYNN,<br><br>    Defendants. | Case No. 8:10-CV-00104-JVS (RNBx)<br><br>JUDGMENT |

Defendants J Flynn Group, LLC and Jack Kealoha Flynn ("Defendants") having failed to answer or otherwise respond to the Complaint in this action and their Default having been duly entered by the Clerk,

NOW, upon the Application of the Plaintiffs and Good Cause appearing therefor, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs shall

1  have, and the Clerk is hereby ordered to enter, the following JUDGMENT against
2  Defendants:

3      1.    An injunction restraining Defendants and their respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, from publicly performing, or causing or permitting to be publicly performed, in their business establishment known as Kitsch Bar, located at 891 Baker Street, #10A, in Costa Mesa, in the State of California, or in any other place owned, controlled or operated by Defendants, any copyrighted musical composition owned by Plaintiffs and any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, the American Society of Composers, Authors and Publishers ("ASCAP"), without first obtaining proper authorization to do so;

    2.    Damages in the sum of $4,000.00 for each count of copyright infringement, for a total of $12,000.00;

    3.    Attorney's fees in the amount of $5,828.40;

    4.    Costs of this action; and

    5.    Interest at a rate of 0.29% pursuant to 28 U.S.C. section 1961.

Dated: July 02, 2010 _____

*[signature: James V. Selna]*
_____
UNITED STATES DISTRICT JUDGE